# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEDRIC GRIFFIN | CIVIL ACTION |
| VERSUS | NO. 08-5098 |
| BURL CAIN, WARDEN | SECTION "S" (6) |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the defendant's notice that it does not object to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the State shall address the merits of petitioner's claims on or before June 22, 2010.

New Orleans, Louisiana, this 15th day of June, 2010.

UNITED STATES DISTRICT JUDGE