UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEDRIC GRIFFIN                                                                CIVIL ACTION

VERSUS                                                                         NO. 08-5098

BURL CAIN, WARDEN                                                  SECTION "S" (6)

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

In his objections to the United States Magistrate Judge's Report and Recommendation, petitioner argues that his counsel was ineffective because he did not demand a ruling on the motion to quash the indictment and failed to win petitioner's motion to exclude his testimony from his first trial from evidence in his third trial.  As explained by the Untied States Magistrate Judge, petitioner did not demonstrate any race or gender discrimination in the selection of the grand jury that indicted him, and his arguments based

on State v. Dilosa, 848 So.2d 5465 (La. 2003), involve state constitutional rights, which are not a basis for federal *habeas* relief.  Therefore, he did not show that his counsel was ineffective in this respect.

Also, by taking the stand in his first trial without asserting his Fifth Amendment rights against self incrimination, petitioner waived these rights, and his testimony was admissible against him at a subsequent trial. State v. Reeder, 698 So.2d 56, 60 (La. Ct. App. 1997) (citing State v. Parker, 436 So.2d 495 (La. 1983)).  Petitioner did not show that his counsel was deficient in the first trial based upon a conflict of interest, therefore there was no error in admitting his testimony at the subsequent trial.

Thus, petitioner failed to show that but for counsel's purported errors, the result would have been different, and

**IT IS ORDERED** that the petition of Dedric Griffin for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this 25th  day of _____October_____, 2010.

_____
UNITED STATES DISTRICT JUDGE